UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY MARTIN LEROY SMITH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:16-cv-368

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed this case seeking judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). Defendant filed an unopposed motion to reopen the case to enter dismissal. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 12, 2019, recommending that this case be reopened and dismissed. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to reopen the case (ECF No. 12) is GRANTED.

**IT IS FURTHER ORDERED** that this case is is DISMISSED with prejudice.

A Judgment will be entered consistent with this Order.

Dated: June 27, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge