UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY MARTIN LEROY SMITH,

    Plaintiff,

                                                    Case No. 1:16-cv-368

v.

                                                   HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that **JUDGMENT** enters.


Dated: June 27, 2019                                                    /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge